UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| KIRK NIELSEN, MORGAN OUTLAW, REVEL LUBIN, FELICIA BRUCE, BARBARA DEVANE, RAY DAVIS, DONESA JACKSON, ALIANZA FOR PROGRESS, INC., FLORIDA ALLIANCE FOR RETIRED AMERICANS, and PRIORITIES USA,<br><br>        Plaintiffs,<br><br>        v.<br><br>RON DESANTIS, in his official capacity as Florida Governor, LAUREL M. LEE, in her official capacity as Florida Secretary of State, ASHLEY MOODY, in her official capacity as Florida Attorney General, THE FLORIDA ELECTIONS CANVASSING COMMISSION, KIM A. BARTON, in her official capacity as Supervisor of Elections for ALACHUA County, NITA CRAWFORD, in her official capacity as Supervisor of Elections for BAKER County, MARK ANDERSEN, in his official capacity as Supervisor of Elections for BAY County, TERRY L. VAUGHAN, in her official capacity as Supervisor of Elections for BRADFORD County, LORI SCOTT, in her official capacity as Supervisor of Elections for BREVARD County, PETER ANTONACCI, in his official capacity as Supervisor of Elections for BROWARD County, SHARON CHASON, in her official capacity as Supervisor of Elections for CALHOUN County, PAUL A. STAMOULIS, in his official capacity as Supervisor of Elections for CHARLOTTE County, SUSAN A. GILL, in her official | Case No. _____<br><br>**PLAINTIFFS' LOCAL RULE 5.6 NOTICE OF A SIMILAR CASE** |

capacity as Supervisor of Elections for CITRUS County, CHRIS H. CHAMBLESS, in her official capacity as Supervisor of Elections for CLAY County, JENNIFER J. EDWARDS, in her official capacity as Supervisor of Elections for COLLIER County, ELIZABETH P. HORNE, in her official capacity as Supervisor of Elections for COLUMBIA County, MARK F. NEGLEY, in his official capacity as Supervisor of Elections for  DESOTO County, STARLET CANNON, in her official capacity as Supervisor of Elections for DIXIE County, MIKE HOGAN, in his official capacity as Supervisor of Elections for DUVAL County, DAVID H. STAFFORD, in her official capacity as Supervisor of Elections for ESCAMBIA County, KAITI LENHART, in her official capacity as Supervisor of Elections for FLAGLER County, HEATHER RILEY, in her official capacity as Supervisor of Elections for FRANKLIN County, SHIRLEY G. KNIGHT, in her official capacity as Supervisor of Elections for GADSDEN County, CONNIE SANCHEZ, in her official capacity as Supervisor of Elections for GILCHRIST County, ALETRIS FARNAM, in her official capacity as Supervisor of Elections for GLADES County, JOHN HANLON, in his official capacity as Supervisor of Elections for GULF County, LAURA HUTTO, in her official capacity as Supervisor of Elections for HAMILTON County, DIANE SMITH, in her official capacity as Supervisor of Elections for HARDEE County, BRENDA HOOTS, in her official capacity as Supervisor of Elections for HENDRY County, SHIRLEY ANDERSON, in her official capacity as Supervisor of Elections for HERNANDO County, PENNY OGG, in her official capacity as Supervisor of Elections for HIGHLANDS County, CRAIG LATIMER, in

his official capacity as Supervisor of Elections for HILLSBOROUGH County, THERISA MEADOWS, in her official capacity as Supervisor of Elections for HOLMES County, LESLIE ROSSWAY SWAN, in her official capacity as Supervisor of Elections for INDIAN RIVER County, SYLVIA D. STEPHENS, in her official capacity as Supervisor of Elections for JACKSON County, MARTY BISHOP, in his official capacity as Supervisor of Elections for JEFFERSON County, TRAVIS HART, in his official capacity as Supervisor of Elections for LAFAYETTE County, ALAN HAYS, in his official capacity as Supervisor of Elections for LAKE County, TOMMY DOYLE, in his official capacity as Supervisor of Elections for LEE County, MARK EARLEY, in his official capacity as Supervisor of Elections for LEON County, TAMMY JONES, in her official capacity as Supervisor of Elections for LEVY County, GINA MCDOWELL, in her official capacity as Supervisor of Elections for LIBERTY County, THOMAS "TOMMY" R. HARDEE, in his official capacity as Supervisor of Elections for MADISON County, MICHAEL BENNETT, in his official capacity as Supervisor of Elections for MANATEE County, WESLEY WILCOX, in his official capacity as Supervisor of Elections for MARION County, VICKI DAVIS, in her official capacity as Supervisor of Elections for MARTIN County, CHRISTINA WHITE, in her official capacity as Supervisor of Elections for MIAMI-DADE County, JOYCE GRIFFIN, in her official capacity as Supervisor of Elections for MONROE County, VICKI P. CANNON, in her official capacity as Supervisor of Elections for NASSAU County, PAUL A. LUX, in his official capacity as Supervisor of Elections for OKALOOSA County, DIANE HAGAN, in her

3

official capacity as Supervisor of Elections for OKEECHOBEE County, BILL COWLES, in his official capacity as Supervisor of Elections for ORANGE County, MARYJANE ARRINGTON, in her official capacity as Supervisor of Elections for OSCEOLA County, WENDY SARTORYLINK, in her official capacity as Supervisor of Elections for PALM BEACH County, BRIAN E. CORLEY, in his official capacity as Supervisor of Elections for PASCO County, DEBORAH CLARK, in her official capacity as Supervisor of Elections for PINELLAS County, LORI EDWARDS, in her official capacity as Supervisor of Elections for POLK County, CHARLES OVERTURF, in his official capacity as Supervisor of Elections for PUTNAM County, TAPPIE A VILLANE, in her official capacity as Supervisor of Elections for SANTAROSA County, RON TURNER, in his official capacity as Supervisor of Elections for SARASOTA County, CHRIS ANDERSON, in her official capacity as Supervisor of Elections for SEMINOLE County, VICKY OAKES, in her official capacity as Supervisor of Elections for ST. JOHNS County, GERTRUDE WALKER, in her official capacity as Supervisor of Elections for ST. LUCIE County, WILLIAM KEEN, in his official capacity as Supervisor of Elections for SUMTER County, GLENDA B. WILLIAMS, in her official capacity as Supervisor of Elections for SUWANNEE County, DANA SOUTHERLAND, in her official capacity as Supervisor of Elections for TAYLOR County, DEBORAH K. OSBORNE, in her official capacity as Supervisor of Elections for UNION County, LISA LEWIS, in her official capacity as Supervisor of Elections for VOLUSIA County, HENRY WELLS, in her official capacity as Supervisor of Elections for

WAKULLA County, BOBBY BEASLEY, in her official capacity as Supervisor of Elections for WALTON County, CAROL F. RUDD, in her official capacity as Supervisor of Elections for WASHINGTON County,

Defendants.

Plaintiffs, Morgan Outlaw, Revel Lubin, Kirk Nielsen, Felicia Bruce, Barbara Devane, Ray Davis, Donesa Jackson, Alianza for Progress, Inc., Florida Alliance for Retired Americans, Inc., and Priorities USA, pursuant to Local Rule 5.6, hereby file this Notice of Similar Case, as to point out that Plaintiffs' Complaint (Doc. 1) involved issues of fact or law in common with the issues in the following case pending in this judicial district:

*Williams et al. v. DeSantis et al.*, 1:20-cv-00067-RH-GRJ (N.D. Fla.)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 4, 2020 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

5

Dated: May 4, 2020 By: */s/ Frederick S. Wermuth*
Frederick S. Wermuth
Florida Bar No.: 0184111
KING, BLACKWELL, ZEHNDER
   & WERMUTH, P.A.
P.O. Box 1631
Orlando, FL 32802-1631
Telephone: (407) 422-2472
Facsimile: (407) 648-0161
fwermuth@kbzwlaw.com

Marc E. Elias
John Devaney*
Amanda R. Callais*
Christina A. Ford*
PERKINS COIE LLP
700 Thirteenth St., N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-9959
melias@perkinscoie.com
jdevaney@perkinscoie.com
acallais@perkinscoie.com
christinaford@perkinscoie.com

Lilian Timmermann*
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, CO 80202
Telephone: (303) 291-2300
Facsimile: (303) 291-2400
ltimmermann@perkinscoie.com

*Counsel for the Plaintiffs*
 * *Pro Hac Vice motion forthcoming*