# United States District Court
## CIVIL MINUTES - GENERAL

Date: May 22, 2020                             Case Nos.: 1:20cv67-RH & 4:20cv236-RH
Time: 9:07 – 10:32 a.m.

ACACIA WILLIAMS et al. v. RON DESANTIS et al.

DOCKET ENTRY: TELEPHONIC PRELIMINARY PRETRIAL CONFERENCE held. Courts hears argument of counsel on pending motions. Court conducts pretrial conference and addresses deadlines. Ruling by Court: Motions to Consolidate Cases are granted. The primary case will be 4:20cv236. Briefs on the Motion to Intervene are due by May 27. Plaintiffs are to file a short and succinct position of their claims against the Defendants. The Motions for Protective Order are denied as moot. Bench trial remains set for July 20. All deadlines and detailed rulings will be set out in an order to follow.

PRESENT:  **ROBERT L. HINKLE, U. S. DISTRICT JUDGE**

         Cindy Markley                    Megan Hague
         Deputy Clerk                     Court Reporter

ATTORNEYS APPEARING FOR PLAINTIFFS (1:20cv67):
Stuart Naifeh (speaker)
Kathryn Sadasivan
Kira Romero-Craft


ATTORNEYS APPEARING FOR PLAINTIFFS (4:20cv236):
John Devaney (speaker)
Christina Ford
Frederick Wermuth


ATTORNEYS APPEARING FOR DEFENDANTS:
Tara Price (speaker)
Andy Bardos (speaker)
Susan Erdelyi (speaker)
Nicholas Primrose (speaker)
Ronald Labasky (speaker)

Elizabeth Teegen (speaker)
Robert Swain (speaker)
Frank Mari (speaker)
Jeffrey DeSousa (speaker)
Kia Johnson (speaker)
Brooke Gaffney (speaker)
Bradley McVay
George Meros
Edward Wenger
Gary Perko
Mohammad Jazil
Robert Shillinger
Dale Scott
Elizabeth Ellis
Gregory Stewart
John Lavia
Nicholas Shannin
Jon Jouben
Francis Carroll


ATTORNEYS APPEARING FOR INTERVENOR:
Jason Torchinsky (speaker)
Benjamin Gibson