UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| KIRK NIELSEN, MORGAN OUTLAW, REVEL LUBIN, FELICIA BRUCE, BARBARA DEVANE, RAY DAVIS, DONESA JACKSON, ALIANZA FOR PROGRESS, INC., FLORIDA ALLIANCE FOR RETIRED AMERICANS, INC. and PRIORITIES USA, <br><br> Plaintiffs, <br><br> v. <br><br> RON DESANTIS, in his official capacity as Florida Governor, et al., <br><br> Defendants. | Case No. 4:20-cv-00236-RH-MJF |

## NOTICE OF FILING EXHIBITS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs Kirk Nielsen, Morgan Outlaw, Revel Lubin, Felicia Bruce, Barbara DeVane, Ray Davis, Donesa Jackson, Alianza for Progress, Inc., Florida Alliance for Retired Americans, Inc., and Priorities USA, hereby submit the following exhibits, copies of which are attached to this notice, in support of Plaintiffs' forthcoming Motion for Preliminary Injunction and Incorporated Memorandum of Law:

1.   **Exhibit 1** is a true and correct copy of the expert report of Dr. Michael C. Herron of Dartmouth University, dated May 27, 2020.

2.     **Exhibit 2** is a true and correct copy of the expert report of Dr. Robert Ball of the Medical University of South Carolina, dated May 27, 2020.

3.     **Exhibit 3** is the declaration of Kirk Nielsen, dated May 19, 2020.

4.     **Exhibit 4** is the declaration of Morgan Outlaw, dated May 21, 2020.

5.     **Exhibit 5** is the declaration of Donesa Jackson, dated May 19, 2020.

6.     **Exhibit 6** is the declaration of Felicia Bruce, dated May 18, 2020.

7.     **Exhibit 7** is the declaration of Ray Davis, dated May 19, 2020.

8.     **Exhibit 8** is the declaration of Barbara DeVane, dated May 18, 2020

9.     **Exhibit 9** is the declaration of Caleb Liberman, dated May 14, 2020.

10.    **Exhibit 10** is the declaration of Gabrielle Biggs, dated May 19, 2020.

11.    **Exhibit 11** is the declaration of Kathlyn Paez, dated May 15, 2020.

12.    **Exhibit 12** is the declaration of Kathleen Werthman, dated May 20, 2020.

13.    **Exhibit 13** is the declaration of George Steven Werthman, dated May 20, 2020.

14.    **Exhibit 14** is the declaration of Reverend Jose Rodriguez-Sanjurjo, dated May 26, 2020.

15.    **Exhibit 15** is the declaration of Marcos Vilar, the Executive Director of Alianza for Progress, dated May 26, 2020.

16.    **Exhibit 16** is the declaration of Guy Cecil, the Chairman of Priorities USA, dated May 25, 2020.

17.   **Exhibit 17** is the declaration of William Sauers, President of the Florida Alliance for Retired Americans, dated May 18, 2020.

18.   **Exhibit 18** is the declaration of Ion Sancho, former Supervisor of Elections for Leon County, dated May 27, 2020.

19.   **Exhibit 19** is the declaration of Revel Lubin, dated May 27, 2020.

20.   **Exhibit 20** is the declaration of Florida State Senator Gary Farmer, dated May 27, 2020.

21.   **Exhibit 21** is a true and correct copy of the news release entitled, "Florida Department of Health Updates New COVID-19 Cases, Announces Fifteen Deaths Related to COVID-19." The release was published by the Florida Department of Health on May 25, 2020, and is publicly available at: http://www.floridahealth.gov/newsroom/2020/05/052520-1427-covid19.pr.html.

22.   **Exhibit 22** is a true and correct copy of the article entitled, "She had COVID-19 when she died and it was overlooked. Is Florida undercounting the dead?" The article was published by the Tampa Bay Times on May 13, 2020, and is publicly available at: https://www.tampabay.com/news/health/2020/05/13/she-had-covid-19-when-she-died-and-it-was-overlooked-is-florida-undercounting-the-dead/.

23.   **Exhibit 23** is a true and correct copy of an article entitled, "U.S. Virus Plan

Anticipates 18-Month Pandemic and Widespread Shortages." The article was published by the New York Times on March 17, 2020 and is publicly available at: https://www.nytimes.com/2020/03/17/us/politics/trump-coronavirus-plan.html?referringSource=articleShare.

24.    **Exhibit 24** is a true and correct copy of a report from scientists at the Imperial College COVID-19 Response Team. The report was published on March 16, 2020, and is publicly available at: https://www.imperial.ac.uk/media/ imperial-college/medicine/sph/ide/gida-fellowships/Imperial-College-COVID19-NPI-modelling-16-03-2020.pdf.

25.    **Exhibit 25** is a true and correct copy of the article entitled, "CDC director warns second wave of coronavirus is likely to be even more devastating." The article was published by the Washington Post on April 21, 2020 and is publicly available at: https://www.washingtonpost.com/health/ 2020/04/21/coronavirus-secondwave-cdcdirector/.

26.    **Exhibit 26** is a true and correct copy of the article entitled, "Rural Florida county worries about reopening as coronavirus cases spike at nursing home." The article was published by the Washington Post on May 14, 2020 and is publicly available at: https://www.washingtonpost.com/national/rural-florida-county-worries-about-reopening-as-coronavirus-cases-spike-at-nursing-home/2020/05/14/306c4cc4-938c-11ea-91d7-

cf4423d47683_story.html.

27. **Exhibit 27** is a true and correct copy of the April 7, 2020 letter from the President of the Florida Supervisors of Elections to Governor Ron DeSantis. The letter is publicly available at: https://www.myfloridaelections.com /portals/fsase/Documents/Public%20Policy/FSE%20Recommendations%20 %20COVID-19.pdf.

28. **Exhibit 28** is a true and correct copy of the article entitled, "Poll workers not showing up in Palm Beach County." The article was published by the Associated Press on March 17, 2020, and is publicly available at: https://floridapolitics.com/archives/323817-poll-workers-not-showing-up-in-palm-beach-county.

29. **Exhibit 29** is a true and correct copy of the article entitled, "Two Broward poll workers, including one who handled voters' driver licenses, test positive for coronavirus." The article was published by The Sun Sentinel on March 26, 2020, and is publicly available at: https://www.sun-sentinel.com/coronavirus/fl-ne-broward-elections-poll-workers-coronavirus-20200326-wmgy775dvjc5jis2oagxlpmule-story.html.

30. **Exhibit 30** is a true and correct copy of CDC guidance entitled, "Recommendations for Election Polling Locations." The guidance was published by the Centers for Disease Control and Prevention on March 27,

2020, and is publicly available at: https://www.cdc.gov/coronavirus/2019-ncov/community/election-polling-locations.html.

31.   **Exhibit 31** is a true and correct copy of the article entitled, "Florida election supervisors make urgent plea for help to make 2020 voting safe." The article was published by The Sun Sentinel on May 13, 2020, and is publicly available at: https://www.sun-sentinel.com/coronavirus/fl-ne-florida-coronavirus-elecion-preparations-democrats-desantis-20200513-pnkqjqgamvhwdcmt 6sgl6sdv3e-story.html.

32.   **Exhibit 32** is a true and correct copy of the May 15, 2020 letter from Secretary of State Laurel Lee to the Election Assistance Commission requesting funds under the CARES Act. The letter is publicly available at: https://www.eac.gov/sites/default/files/paymentgrants/cares/FL_CARES_Di sbursement_RequestLetter.pdf.

33.   **Exhibit 33** is a true and correct copy of the article entitled "Central Florida supervisors of elections prepare for increase in mail-in ballots, sanitizing efforts." The article was published by WFTV News on May 7, 2020, and is publicly available at https://www.wftv.com/news/local/central-florida-supervisors-elections-prepare-increase-mail-in-ballots-sanitizing-efforts-upcoming-elections/N726RO7LKREGLONOYVRYQN33GA/.

34.   **Exhibit 34** is a true and correct copy of the article entitled, "Mail voting

expected to 'explode' in Florida as coronavirus reshapes 2020 elections." The article was published by the Miami Herald on April 22, 2020, and is publicly available at: https://www.miamiherald.com/news/politics-government/article 242180901.html.

35.  **Exhibit 35** is a true and correct copy of a record obtained in a public records request from Escambia County, Florida.

36.  **Exhibit 36** is a true and correct copy of an excerpt of a record obtained in a public records request from Citrus County, Florida.

37.  **Exhibit 37** is a true and correct copy of a record obtained in a public records request from Clay County, Florida.

38.  **Exhibit 38** is a true and correct copy of the article entitled, "Florida voters facing a long, long ballot in November." The article was published by the Tampa Bay Times on October 10, 2012, and is publicly available at: https://www.tampabay.com/news/localgovernment/florida-voters-facing-a-long-long-ballot-in-november/1250664/.

39.  **Exhibit 39** a true and correct copy of an excerpt from the report entitled, "Millennials and the Mail." The report was published by the Office of the Inspector General of the United States Postal Service on July 30, 2018, and a full copy of the report is publicly available at: https://www.oversight.gov/sites/default/files/oig-reports/RARC-WP-18-

011.pdf.

40. **Exhibit 40** is a true and correct copy of a webpage from the online United States Postal Service store, last accessed on May 26, 2020, and which is publicly available at: https://store.usps.com/store/product/buy-stamps/lets-celebrate-S_572504.

41. **Exhibit 41** is a true and correct copy of the article entitled, "222,000 people filed jobless claims in Florida last week as total approaches 2 million." The article was published by the Miami Herald on May 14, 2020, and is publicly available at: https://www.miamiherald.com/news/business/article2427 25431.html.

42. **Exhibit 42** is a true and correct copy of the Florida Senate Bill Analysis and Fiscal Impact Statement of SB 7066. The Bill Analysis was published on April 22, 2019, and is publicly available at: https://www.flsenate.gov/Session /Bill/2019/7066/Analyses/2019s07066.pre.rc.PDF.

43. **Exhibit 43** is a true and correct copy of the report entitled, "State and Local Election Mail: User's Guide 2020." The report was published by the United States Postal Service in January 2020 and is publicly available at: https://about.usps.com/publications/pub632.pdf.

44. **Exhibit 44** is a true and correct copy of the Pinellas County Supervisor of

Election's website. The page was last accessed on May 26, 2020, and is publicly available at: https://www.votepinellas.com/Mail-Ballots/FAQs-Voting-By-Mail.

45.   **Exhibit 45** is a true and correct copy of a record obtained in a public records request from Collier County.

46.   **Exhibit 46** is a true and correct copy of the homepage of the website of the Citrus County Supervisor of Elections Office, which was last accessed on May 26, 2020, and is publicly available at: https://www.votecitrus.com/.

47.   **Exhibit 47** is a true and correct copy of the St. Lucie County Supervisor of Election's website. The page was last accessed on May 26, 2020 and is publicly available at: https://www.slcelections.com/VOTE-BY-MAIL/Absentee-Request-Form-Lookup/Vote-By-Mail.

48.   **Exhibit 48** is a true and correct copy of a communication obtained in a public records request from Miami Dade County, Florida.

49.   **Exhibit 49** is a true and correct copy of a record obtained in a public records request from St. Lucie County, Florida.

50.   **Exhibit 50** is a true and correct copy of the article entitled, "Coronavirus Is Threatening One of Government's Steadiest Services: The Mail." The article was published by the New York Times on April 9, 2020, and is publicly available at: https://www.nytimes.com/2020/04/09/us/politics/coronavirus-

is-threatening-one-of-governments-steadiest-services-the-mail.html.

51. **Exhibit 51** is a true and correct copy of the April 9, 2020 letter from Senators Ron Johnson and Tammy Baldwin to the Inspector General of the United States Postal Service. The letter is publicly available at: https://www.ronjohnson.senate.gov/public/_cache/files/9485956c-0c16-4f38-9be0-f8d45e926aac/baldwin-johnson-letter-to-usps-ig-on-wisconsin-absentee-ballots.pdf.

52. **Exhibit 52** is a true and correct copy of the April 23, 2020 Letter from Ohio Secretary of State Frank LaRose to Ohio's congressional delegation. The letter is publicly available at: https://www.ohiosos.gov/globalassets/media-center/news/2020/2020-04-24.pdf.

53. **Exhibit 53** is a true and correct copy of an excerpt from a presentation entitled, "Selected Topics and Recent Changes to Florida's Election Code." The presentation was given by the Florida Secretary of State's Office in May 2014 and a fully copy of the presentation is publicly available at: https://www.myfloridaelections.com/portals/fsase/documents/2014.FSASE-Summer.Selected-Law-Provisions.pdf.

54. **Exhibit 54** is a true and correct copy of the U.S. Election Assistance Commission's website which was last accessed on May 20, 2020, and is publicly available at: https://www.eac.gov/election-officials/guidance-use-

hava-funds-expenses-related-covid-19.

55. **Exhibit 55** is a true and correct copy of the news release entitled, "U.S. Postal Service Reports Fiscal Year 2017 Results." The release was published by the United States Postal Service on November 14, 2017, and is publicly available at: https://about.usps.com/news/national-releases/2017/pr17_069.htm.

56. **Exhibit 56** is a true and correct copy of the press release entitled, "Postmaster General statement on U.S. Postal Service stimulus needs." The release was published by the United States Postal Service on April 10, 2020, and is publicly available at: https://about.usps.com/newsroom/statements/041020-pmg-statement-on-usps-stimulus-needs.htm.

57. **Exhibit 57** is a true and correct copy of the Findings of Fact, Conclusions of Law, and Order in *Minnesota v. Thao*, 62-CR-18-927 (Minn. Dist. Ct. Oct. 23, 2018).

58. **Exhibit 58** is a true and correct copy of the Findings of Fact, Conclusions of Law, Memorandum, and Order Granting Plaintiffs' Motion for a Preliminary Injunction in *Driscoll et al. v. Stapleton*, No. DV-20-408 (Mt. D. Ct. May 22, 2020).

59. **Exhibit 59** is a true and correct copy of an excerpt from the April 7, 2020

Absentee Voting Report published by the Wisconsin Election Commission on May 15, 2020. A full copy of the report is publicly available at: https://elections.wi.gov/sites/elections.wi.gov/files/2020-05/April%202020%20Absentee%20Voting%20Report.pdf.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 27, 2020 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.


Dated: May 27, 2020

By: */s/ Frederick S. Wermuth*

Frederick S. Wermuth
Florida Bar No.: 0184111
KING, BLACKWELL, ZEHNDER
   & WERMUTH, P.A.
P.O. Box 1631
Orlando, FL 32802-1631
Telephone: (407) 422-2472
Facsimile: (407) 648-0161
fwermuth@kbzwlaw.com

Marc E. Elias
John Devaney
Amanda R. Callais*
Zachary J. Newkirk*
Christina A. Ford
PERKINS COIE LLP
700 Thirteenth St., N.W., Suite 800
Washington, D.C. 20005-3960

Telephone: (202) 654-6200
Facsimile: (202) 654-9959
melias@perkinscoie.com
jdevaney@perkinscoie.com
acallais@perkinscoie.com
christinaford@perkinscoie.com

Lilian Timmermann**
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, CO 80202
Telephone: (303) 291-2300
Facsimile: (303) 291-2400
ltimmermann@perkinscoie.com

*Counsel for the Plaintiffs*
*\* Pro hac Vice motion pending*
*\*\* Pro Hac Vice motion forthcoming*