# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

KIRK NIELSEN et al.,

    Plaintiffs,

v.

RON DESANTIS et al.,

    Defendants.

_____/

CONSOLIDATED
CASE NO. 4:20cv236-RH-MJF

## ORDER ALLOWING REPUBLICAN
## ORGANIZATIONS TO INTERVENE

This case presents a challenge to Florida voting procedures. The defendants are state and county officials. Three organizations affiliated with the Republican Party have moved for leave to intervene as defendants either as a matter of right under Federal Rule of Civil Procedure 24(a) or permissibly under Rule 24(b).

The plaintiffs oppose the motion. They assert the proposed intervenors' interests are adequately represented by the existing defendants, an assertion that, if accepted, would be fatal, under the circumstances of this case, to intervention as of right under Rule 24(a). The plaintiffs assert permissive intervention under Rule 24(b) should be denied because, among other things, the proposed intervention

would delay the litigation without adding anything of value—that is, without providing input that will improve the quality of decision-making.

Permissive intervention is committed to the district court's discretion. *See, e.g.*, *Chiles v. Thornburgh*, 865 F.2d 1197, 1215 (11th Cir. 1989); *League of Women Voters of Fla. v. Detzner*, 283 F.R.D. 687 (N.D. Fla. 2012). Here, it cannot be said with assurance that the existing parties will frame the issues so well that the proposed intervention will add nothing of value. Even good lawyers sometimes miss things. So do judges. These proposed intervenors are not marginally affected individuals; they are substantial organizations with experienced attorneys who might well bring perspective that others miss or choose not to provide.

Delay can be avoided through good case management. The intervenors should expect to comply with the schedule that would be followed in their absence—an approach consistent with the position they have taken to date.

As a matter of discretion, this order grants permissive intervention under Rule 24(b).

IT IS ORDERED:

The motion for leave to intervene, ECF No. 53, is granted. These parties are added as defendants: the Republican National Committee, the National Republican

Congressional Committee, and the Republican Party of Florida.

      SO ORDERED on May 28, 2020.

                          <u>s/Robert L. Hinkle</u>
                          United States District Judge