# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

KIRK NIELSEN et al.,

    Plaintiffs,

v.

RON DESANTIS et al.,

    Defendants.

_____/

CONSOLIDATED
CASE NO. 4:20cv236-RH-MJF

## ORDER DISMISSING ACACIA WILLIAMS'S CLAIMS

One of the plaintiffs, Acacia Williams, has filed a notice of dismissal of her claims, purportedly under Federal Rule of Civil Procedure 41(a)(1)(A)(i). The United States Court of Appeals for the Eleventh Circuit has held that Rule 41(a)(1) addresses the dismissal of entire actions, not claims by or against only some parties. *See Perry v. Schumacher Grp. of La.*, 891 F.3d 954 (11th Cir. 2018). But Ms. Williams's notice of voluntary dismissal constitutes an abandonment of her claims in this action. Upon consideration,

    IT IS ORDERED:

    Ms. Williams's claims are dismissed without prejudice. I do *not* direct the

entry of judgment under Federal Rule of Civil Procedure 54(b).

    SO ORDERED on June 2, 2020.

                                        <u>s/Robert L. Hinkle</u>
                                        United States District Judge