# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

KIRK NIELSEN et al.,

    Plaintiffs,

v.

CONSOLIDATED
CASE NO. 4:20cv236-RH-MJF

RON DESANTIS et al.,

    Defendants.

_____/

## ORDER ADVANCING THE DEADLINE TO RESPOND
## TO THE KRACHT MOTION TO INTERVENE

The deadline for responses to the motion of James K. Kracht and others for leave to intervene, ECF No. 121 in Case No. 1:20cv67, is advanced to June 9, 2020. Responses should be filed in the consolidated docket, No. 4:20cv236, and should focus on whether permissive intervention should be granted on terms requiring the intervenors to comply with the schedule that would be followed in their absence.

   SO ORDERED on June 3, 2020.

                                          s/Robert L. Hinkle
                                          United States District Judge