# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

KIRK NIELSEN et al.,

    Plaintiffs,

v.

RON DESANTIS et al.,

    Defendants.

CONSOLIDATED
CASE NO. 4:20cv236-RH-MJF

_____/

## ORDER DISMISSING WITHOUT PREJUDICE
## THE CLAIMS AGAINST THE GOVERNOR

The affected parties have entered into a stipulation for dismissal without prejudice of the claims against the Governor. ECF No. 198. This order dismisses those claims. This order does not change the case style, which will remain the same unless otherwise ordered. The case style will be changed if the Governor so moves.

IT IS ORDERED:

1. All claims against the Governor are dismissed without prejudice.

2. I do *not* direct the entry of judgment under Federal Rule of Civil

Procedure 54(b).

SO ORDERED on June 10, 2020.

s/Robert L. Hinkle
United States District Judge
