UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KIRK NIELSEN, et al.,

    Plaintiffs,

v.

CONSOLIDATED
Case No.: 4:20-cv-00236-RH-MJF

RON DESANTIS, in his official
Capacity as Florida Governor, et al.,

    Defendants.
_____/

**MARK F. NEGLEY'S MOTION TO CLARIFY
OR AMEND JULY 6, 2020 ORDER [418]**

Defendant, MARK F. NEGLEY, Supervisor of Elections for DeSoto County, pursuant to Fed. R. Civ. P. 60, moves the Court to clarify or amend its Order Narrowing the § 203 Claim [ECF No. 418] granting summary judgment in favor of the Supervisors of Elections of Broward, Hardee, Hendry, Lee, Osceola, and Polk Counties on the following grounds:

1. On May 27, 2020, Defendant Supervisors of Elections for Broward, Charlotte, Clay, Collier, Duval, Indian River, Lake, Lee, Leon, Manatee, Marion, Martin, Monroe, Osceola, Pasco, Polk, and St. Lucie Counties filed their Motion for Partial Summary Judgment [ECF No. 78] as to Count V of the *Williams/Dream*

*Defenders* Plaintiffs' Second Amended Complaint [ECF No. 44-1].[1] Count V alleges a violation of Section 203 of the Voting Rights Act.

2. Defendant Supervisors of Elections for Broward, Lee, Polk, and Osceola Counties filed Declarations attached to the Motion for Partial Summary Judgment [ECF No. 78] stating all registration and voting notices, forms, instructions, assistance or other materials or information relating to the electoral process, including ballots, are provided in Spanish as well as English. [ECF No. 78]. *See* Order Narrowing the § 203 Claim, ECF No. 418, pg. 3.

3. On June 4, 2020, Six Supervisors of Elections filed a Notice of Joinder in the Motion for Partial Summary Judgment as to Count V of the *Dream Defenders* Second Amended Complaint (ECF No. 181), including the Supervisors of Elections for both Hardee and Hendry Counties, which are covered under Section 203.

4. The Supervisor of Elections for Hardee County and Hendry County filed declarations attesting their office provides election materials and information in both English and Spanish, as Section 203 requires. ECF No. 181 – Ex. A; ECF No. 181 – Ex. B.

5. On June 22, 2020, the *Dream Defenders* Plaintiffs filed a Memorandum of Law in Opposition to Motion for Summary Judgment [ECF No.

---

[1] The Williams Plaintiffs later filed a Third Amended Complaint which did not alter the 203 claims. [ECF No. 341-1].

313], agreeing their Complaint did not assert a claim under Section 203 against the Florida counties not designated by the Census Bureau as covered under the statute.

6. On July 3, 2020, before this Court's July 6, 2020 Order, MARK F. NEGLEY, Supervisor of Elections for DeSoto County, filed a Notice of Joinder in the Motion for Partial Summary Judgment as to Count V of the *Dream Defenders* Complaint [ECF No. 377]. Attached to the Notice of Joinder was a sworn declaration attesting that DeSoto County provides election materials and information in Spanish as well as English, as Section 203 requires. ECF No. 377 – Ex. A.

7. On July 6, the Court entered its Order Narrowing the § 203 Claim [ECF No. 418]. In its order, the Court granted summary judgment as to the Section 203 claims for Broward, Hardee, Hendry, Lee, Osceola, and Polk Counties on the basis that the Supervisors of those respective counties had filed declarations showing they provided all materials identified in the more definite statement in Spanish as well as English.

8. The Court allowed the § 203 claim to remain pending against DeSoto County, and noted in its Order that DeSoto County "did not file a declaration." *Order* p. 3. Supervisor of Elections Mark F. Negley's declaration was filed on July 3, 2020. Rather than filing a separate summary judgment/trial brief by the July 3, 2020 court deadline, the DeSoto County Supervisor of Elections elected to file a

joinder in the 17 Supervisors' Motion for Partial Summary Judgment [ECF No. 78] which at the time, had not yet received a ruling.

9. Fed. R. Civ. P. 60 allows for relief from orders under such circumstances, to wit: Subpart (a) allows for corrections by "mistake arising from oversight or omission"; Subpart (b)(1) allows relief from an order for reasons of "mistake, inadvertence, or excusable neglect"; and Subpart (b)(6) allows for relief for "any other reason that justifies relief."

10. The DeSoto County Supervisor of Elections requests that the Court clarify or amend its <u>Order Narrowing the § 203 Claim</u> [ECF No. 418] to acknowledge Mark F. Negley's filed declaration attesting DeSoto County provides election materials and information in Spanish as well as English as Section 203 requires, and grant summary judgment as to the § 203 claim in favor of DeSoto County.

11. The granting of this motion will serve the cause of judicial efficiency by eliminating an issue for argument at trial on July 20, 2020, while also providing consistency for the Court's Order granting summary judgment as to the counties covered under § 203 who submitted declarations of compliance to the Court.

### Conference with Opposing Counsel

Counsel for the DeSoto Supervisor conferred with all attorneys including Stuart Naifeh, counsel for Williams' plaintiffs. Mr. Naifeh advised that his clients

oppose the relief requested and would request the opportunity to respond to Mr. Negley's joinder filing. Due to the short time frames in this case, the undersigned has elected to file this motion.

    /s/ *Susan S. Erdelyi*
Susan S. Erdelyi
Florida Bar No.: 0648965
E. Paul Cuffe
Florida Bar No.: 1018521
**MARKS GRAY, P.A.**
1200 Riverplace Blvd., Suite 800
Jacksonville, Florida 32207
Telephone: (904) 398-0900
Facsimile: (904) 399-8440
serdelyi@marksgray.com
asherman@marksgray.com
pcuffe@marksgray.com
jmcduffie@marksgray.com
*Attorneys for Defendants, Supervisors of Elections for Baker, Bay, Bradford, Calhoun, Columbia, Desoto, Dixie, Franklin, Gadsden, Hamilton, Jackson, Lafayette, Liberty, Nassau, Putnam, Santa Rosa, St. Johns, Sumter, Suwannee, Taylor, Union, Wakulla, Walton, and Washington Counties*

## CERTIFICATE OF SERVICE

I CERTIFY that on this 8th day of July, 2020, a copy of the foregoing was served on all counsel of record through the Court's CM/ECF Notice of Electronic Filing System.

/s/ *Susan S. Erdelyi*
Susan S. Erdelyi

## CERTIFICATE OF COMPLIANCE

Pursuant to Rule 7.1(F) of the Local Rules of the Northern District of Florida, I certify that the foregoing Motion contains 1,021 words.

/s/ *Susan S. Erdelyi*
Susan S. Erdelyi