IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KIRK NIELSEN *et al*.,

    Plaintiffs,

v.

RON DESANTIS, in his official as
Governor of the State of Florida, *et al*.,

    Defendants.
_____/

CONSOLIDATED CASES
Case No. 4:20-cv-00236-RH-MJF

## PLAINTIFF -INTERVENORS' MOTION FOR LEAVE TO FILE A SUPPLEMENTAL TRIAL BRIEF

**COMES NOW**, Intervenors, DEBORAH C. GRUBB, DOUGLAS E. HALL, CARL F. MCCOY, JAMES K. KRACHT, DOLOR GINCHEREAU, and the FLORIDA COUNCIL OF THE BLIND, by and through the undersigned counsel, respectfully requests this Court leave to file a Supplemental Trial Brief addressing the Secretary of States interim approval of Democracy Live OmniBallot, and in support states as follows:

Pursuant to the Pretrial Order [DE-573] – "The defendant Supervisors of Elections may file by 7/17/2020 a supplemental trial brief addressing the Secretary of States interim approval of Democracy Live OmniBallot".

As stated, many of the issues in the Grubb Plaintiff's would like to address in Supplemental Trial Brief is how the Secretary of States interim approval of Democracy Live OmniBallot as well, including the burdens of proof of the respective parties herein.

**WHEREFORE**, intervenors, DEBORAH C. GRUBB, DOUGLAS E. HALL, CARL F. MCCOY, JAMES K. KRACHT, DOLOR GINCHEREAU, and the FLORIDA COUNCIL OF THE BLIND, INC. respectfully request that this court grant leave to file a Supplemental Trial Brief addressing the Secretary of States interim approval of Democracy Live OmniBallot, and for further relief as is just and equitable.

Respectfully Submitted on this 16th day of July 2020.

By: s/ *Matthew W. Dietz*
Matthew W. Dietz, Esq.
Florida Bar No. 84905

## CERTIFICATION OF WORD COUNT

**I HEREBY CERTIFY,** pursuant to Northern District of Florida Local Rule 7.1(F), that this motion contains approximately 187 words.

By:  s/ *Matthew W. Dietz*
Matthew W. Dietz, Esq.
Florida Bar No. 84905

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(B), the attorney for the moving party made an attempt in good faith to resolve the issue through a meaningful conference with all of the counsel in attendance at a conference of all of the parties, and the attorneys for the defendants could not state whether they do not oppose to the relief requested herein.

By:  s/ *Matthew W. Dietz*
Matthew W. Dietz, Esq.
Florida Bar No. 84905

*Nielsen, et al v. DeSantis et al*
*Case No. 1:20-cv-236-RH- MTF*
*Page **4** of **4***

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 16, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all parties and counsel of record in the herewith service list, or in some other authorized manner for those counsel or parties who are not authorized to receive notices electronically.

By: s/ *Matthew W. Dietz*
MATTHEW W. DIETZ, ESQ.
Florida Bar No.: 00849
DISABILITY INDEPENDENCE GROUP, INC.
2990 Southwest 35th Avenue
Miami, Florida 33133
Tel: (305) 669-2822
Fax: (305) 442-4181
Mdietz@justDIGit.org
aa@justdigit.org
