UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| KIRK NIELSEN, MORGAN OUTLAW, REVEL LUBIN, FELICIA BRUCE, BARBARA DEVANE, RAY DAVIS, DONESA JACKSON, ALIANZA FOR PROGRESS, INC., FLORIDA ALLIANCE FOR RETIRED AMERICANS, INC. and PRIORITIES USA,<br><br>　　　Plaintiffs,<br><br>v.<br><br>RON DESANTIS, in his official capacity as Florida Governor, et al.,<br><br>　　　Defendants. | Consolidated Case No.<br><br>4:20-cv-00236-RH-MJF |

## JOINT NOTICE OF SETTLEMENT

Pursuant to Rule 16.2(A)(1), Local Rules of the United States District Court for the Northern District of Florida, Plaintiffs Kirk Nielsen, Morgan Outlaw, Revel Lubin, Felicia Bruce, Barbara DeVane, Ray Davis, Donesa Jackson, Alianza for Progress, Inc., Florida Alliance for Retired Americans, Inc., and Priorities USA (collectively, "Nielsen Plaintiffs"), Plaintiffs Dream Defenders, New Florida Majority Education Fund, Organize Florida Education Fund, Murray Heller, Paulina Hernandez Morales, Celcio Eduardo Romero, and Sheila Young (collectively, the "Dream Defenders Plaintiffs"), the State Defendants, and the

Republican Party Defendant-Intervenors, hereby give notice to the Court that they have reached a settlement of this action that will be consummated on or before July 20, 2020. The settlement agreement among the undersigned parties imposes requirements on only the State Defendants, Nielsen Plaintiffs, and Dream Defenders Plaintiffs; however, pursuant to the parties' agreement, the Nielsen Plaintiffs and Dream Defender Plaintiffs will file a Joint Notice and Stipulation of Dismissal of all Claims against All Parties within three (3) business days of consummation of the settlement. The parties further agree that their agreement does not constitute an enforceable injunctive order of the Court and, as such, the Court retains no continuing jurisdiction over the agreement.

**For the Nielsen Plaintiffs**

*/s/ John Devaney*
John Devaney
PERKINS COIE LLP
700 Thirteenth St., N.W., Suite 800
Washington, DC 20005-3960
(202) 654-6200 devaney@perkinscoie.com

**For the Dream Defenders Plaintiffs**

*/s/ Stuart C. Naifeh*
Stuart C. Naifeh
DEMOS
80 Broad St, 4th Floor
New York, NY 10004
(212) 485-6055
snaifeh@demos.org

**For State Defendants
(Secretary of State, Attorney General,
and Members of Florida Election
Canvassing Commission)**

*/s/ Bradley R. McVay*
Bradley R. McVay (FBN 79034)
General Counsel, Florida Department of State
500 South Bronough Street,
Tallahassee, FL 32399
(850) 245-6536
brad.mcvay@dos.myflorida.com

*/s/ Jeffrey DeSousa*
Jeffrey Paul DeSousa
Florida Bar No. 110951
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399
(850) 414-3300
Jeffrey.desousa@myfloridalegal.com

*/s/ Mohammad O. Jazil*
Mohammad O. Jazil (FBN 72556)
HOPPING GREEN AND SAMS, P.A.
119 South Monroe Street, Suite 300
Tallahassee, FL 32301
(850) 222-7500
mjazil@hgslaw.com

**For Republican Party Defendant Intervenors**

s/ *Benjamin J. Gibson*
Benjamin J. Gibson
SHUTTS AND BOWEN, LLP
Fla. Bar No. 058661
215 South Monroe Street, Suite 804
Tallahassee, FL 32301
(850) 241-1717
bgibson@shutts.com

*/s/ Jason Torchinsky*
Jason Torchinsky
HOLTZMAN VOGEL JOSEFIAK TORCHINSKY, PLLC
2300 N. Street N.W., Suite 643A
Washington, D.C. 20037
(202) 737-8808
jtorchinsky@hvjt.law


Dated:  July 19, 2020

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 19, 2020 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

<u>/s/     Mohammad O. Jazil</u>