UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| KIRK NIELSEN, MORGAN OUTLAW, REVEL LUBIN, FELICIA BRUCE, BARBARA DEVANE, RAY DAVIS, DONESA JACKSON, ALIANZA FOR PROGRESS, INC., FLORIDA ALLIANCE FOR RETIRED AMERICANS, INC. and PRIORITIES USA,<br><br>    Plaintiffs,<br><br>v.<br><br>RON DESANTIS, in his official capacity as Florida Governor, et al.,<br><br>    Defendants. | Consolidated Case No.<br><br>4:20-cv-00236-RH-MJF |

## **NOTICE OF FILING SETTLEMENT**

The final settlement agreement referenced in ECF No. 595 is attached to this notice. Per agreement of the parties, the settlement agreement does not constitute an enforceable injunctive order of the Court and, as such, the Court retains no continuing jurisdiction over the agreement. *See* ECF No. 595.

Respectfully submitted by:

*/s/ Mohammad O. Jazil*
Mohammad O. Jazil (FBN 72556)
HOPPING GREEN AND SAMS, P.A.
119 South Monroe Street, Suite 300
Tallahassee, FL 32301
(850) 222-7500
mjazil@hgslaw.com

*Counsel for the Secretary of State*

Dated: July 20, 2020

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 20, 2020 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/     Mohammad O. Jazil*