# United States District Court
## CIVIL MINUTES - GENERAL

Case No.: 4:20cv236-RH-MJF                                         Date: July 20, 2020

KIRK NIELSEN et al. v. RON DESANTIS et al.

DOCKET ENTRY:    Motion Hearing Held  (by video)           10:00 - 10:36 a.m.

Court hears statements from parties regarding settlement, and argument of counsel on Motion for Settlement Conference and Motion for Leave.  Ruling by Court:  Nielsen and Williams Plaintiffs' claims are dismissed.  Grubb Plaintiffs' Motion for Leave to Supplement is granted.  Magistrate Judge will conduct settlement conference.  Trial is continued to July 27 at 10:00 a.m.  An order will follow.

PRESENT:  **ROBERT L. HINKLE, U.S. DISTRICT JUDGE**

| Cindy Markley | Judy Gagnon |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys for Plaintiffs:
Matthew Dietz (Grubb plaintiffs) – Speaker
John Devaney (Nielsen plaintiffs) – Speaker
Frederick Wermuth (Nielsen plaintiffs)
Stuart Naifeh (Williams plaintiffs) – Speaker
John Ulin (Williams plaintiffs)
(others may have been present but were not identified)

Attorneys for Defendants:
Mohammad Jazil – Speaker
John Lavia
Robert Shearman
Andy Bardos
Susan Erdelyi
Jason Torchinsky – Speaker
Jonathan Lienhard
Jeffrey DeSousa – Speaker
Jon Jouben
Benjamin Gibson
Frank Mari – Speaker
Michael Valdes
Dale Scott
Ronald Labasky – Speaker
Francis Carroll – Speaker
(others may have been present but were not identified)

PROCEEDINGS:    Status Conference/Motion Hearing Held

10:00   Court in session
        Court addresses parties regarding settlement

| Time | Event |
|---|---|
| 10:05 | Ruling by Court: Dismissal will be with prejudice as to the Nielsen and Williams Plaintiffs with the exception of Claim 14 in the More Definite Statement, and that claim will be dismissed without prejudice as to County and with prejudice as to State. |
| 10:07 | Acknowledgment by Nielsen Plaintiffs (Devaney) |
| 10:08 | Acknowledgment by Williams Plaintiffs (Naifeh) |
| 10:11 | Statement to Court by Defendants re: settlement (Jazil) |
| 10:15 | Statement to Court by Nielsen Plaintiffs re: settlement (Devaney) |
| 10:18 | Statement to Court by Williams Plaintiffs re: settlement (Naifeh) |
| 10:21 | Statement by Grubb Plaintiffs re: motion for settlement conference and continuance of trial (Dietz) |
| 10:23 | Response by Defendants (Labasky) |
| 10:24 | Response by Defendants (Bardos) |
| 10:25 | Response by Defendants (Carroll) |
| 10:26 | Response by Defendants (Shearman) |
| | Court addresses parties re: attendance of parties at settlement conference |
| 10:29 | Ruling by Court: Magistrate Judge will hold settlement conference. An order will follow. Trial will be continued to July 27 at 10:00 a.m. |
| 10:30 | Statement by Grubb Plaintiffs re: trial witnesses and motion for leave to file (Dietz) |
| 10:32 | Ruling by Court: Motion for Leave is granted. |
| 10:32 | Statement by Nielsen Plaintiffs re: dismissal with regard to fees and costs (Devaney) |
| 10:33 | Statement by Defendants re: Grubb claims (Jazil) |
| 10:35 | Defendants withdraw opposition to supplement (Mari) |
| 10:36 | Court adjourned |

Initials of Clerk: <u>ckm</u>