UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KIRK NIELSEN, MORGAN OUTLAW, REVEL LUBIN, FELICIA BRUCE, BARBARA DEVANE, RAY DAVIS, DONESA JACKSON, ALIANZA FOR PROGRESS, INC., FLORIDA ALLIANCE FOR RETIRED AMERICANS, INC. and PRIORITIES USA,

    Plaintiffs,

v.

RON DESANTIS, in his official capacity as Florida Governor, et al.,

    Defendants.

Case No. 4:20-cv-00236-RH-MJF

## UNOPPOSED MOTION TO VOLUNTARILY DISMISS

Pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure, Plaintiffs Kirk Nielsen, Morgan Outlaw, Revel Lubin, Felicia Bruce, Barbara DeVane, Ray Davis, Donesa Jackson, Alianza for Progress, Inc., Florida Alliance for Retired Americans, Inc., and Priorities USA (collectively, "Nielsen Plaintiffs"), file the following motion for voluntary dismissal and as grounds therefor state:

1. On June 21, 2020, the Nielsen Plaintiffs filed their operative Complaint (ECF No. 292-1) in this case.

2. As a result of commitments by the State to the voting procedures and

outreach to voters in the settlement agreement, the Nielsen Plaintiffs move to dismiss their claims voluntarily.

3. The requested dismissal is according to the terms of the settlement agreement between the Nielsen Plaintiffs and the State Defendants (ECF No. 601-1), with all parties being responsible for their own attorney's fees and costs.

4. The Nielsen Plaintiffs have conferred with counsel for all Defendants, most whom have agreed to the relief requested herein, and none voiced objection to the requested dismissal in open court at the time scheduled for trial in this case.

WHEREFORE, the Nielsen Plaintiffs respectfully request that the Court dismiss their claims with prejudice.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Undersigned counsel has communicated in good faith with counsel for all Defendants, and the State Defendants as well as counsel representing at least 43 Supervisors of Election and County Canvassing Boards have agreed to the relief requested herein.

The undersigned certifies that this motion contains 195 words, within the requirements of Local Rule 7.1(F).

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on July 20, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Dated: July 20, 2020

By: */s/ Frederick S. Wermuth*
Frederick S. Wermuth
Florida Bar No.: 0184111
KING, BLACKWELL, ZEHNDER
   & WERMUTH, P.A.
P.O. Box 1631
Orlando, FL 32802-1631
Telephone: (407) 422-2472
Facsimile: (407) 648-0161
fwermuth@kbzwlaw.com

Marc E. Elias
John Devaney
Amanda R. Callais*
Zachary J. Newkirk*
Christina A. Ford
Alexi Velez*
PERKINS COIE LLP
700 Thirteenth St., N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-9959
melias@perkinscoie.com
jdevaney@perkinscoie.com
acallais@perkinscoie.com
christinaford@perkinscoie.com
avelez@perkinscoie.com

Lilian Timmermann*
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, CO 80202
Telephone: (303) 291-2300
Facsimile: (303) 291-2400
ltimmermann@perkinscoie.com

David Anstaett*
PERKINS COIE LLP
33 East Main Street, Suite 201
Madison, WI 53703
Telephone: (608)663-5408
Facsimile: (608)663-7499
danstaett@perkinscoie.com

*Counsel for the Nielsen Plaintiffs*
 *\* Admitted Pro Hac Vice*