# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASEE DIVISION

| | |
|---|---|
| DREAM DEFENDERS, et al., *Plaintiffs*, v. RON DESANTIS, et al., *Defendants*. | Case No. 1:20-cv-67-RH-GRJ<br><br>Judge Robert L. Hinkle |
| KIRK NIELSEN, et al., *Plaintiffs*, v. RON DESANTIS, et al., *Defendants*. | Case No. 4:20-cv-236-RH-MJF<br><br>Judge Robert L. Hinkle |

## UNOPPOSED MOTION TO DISMISS
## PURSUANT TO SETTLEMENT AGREEMENT

Plaintiffs in Case No. 1:20-cv-67, Dream Defenders, New Florida Majority Education Fund, Organize Florida Education Fund, Murray Heller, Paulina Hernandez Morales, Celcio Eduardo Romero, and Sheila Young (collectively, the

"Dream Defenders Plaintiffs"), hereby move for voluntarily dismissal of the claims asserted in their third amended complaint.

As a basis for this motion, the Dream Defenders Plaintiffs state as follows:

1. On June 19, 2020, the Dream Defenders Plaintiffs entered into an agreement with Plaintiffs in the consolidated case of *Nielsen, et al. v. Lee, et al.*, Defendants Laurel Lee, Ashley Moody, Jimmy Petronis, and Ron DeSantis in their official capacities (collectively "State Defendants"), and Intervenor-Defendant Republican Organizations to resolve this litigation.

2. Under to the terms of the settlement agreement, Dream Defenders Plaintiffs have agreed to voluntarily dismiss all of their claims with prejudice with the exception of claim 14 in their More Definite Statement (ECF No. 68, Case No. 1:20-cv-67-RH), and to dismiss claim 14 in the More Definite Statement with prejudice as to the State Defendants and without prejudice as to the other named defendants.

3. The settlement agreement also provides that each party will bear its own costs and attorneys' fees.

4. The Dream Defenders Plaintiffs have conferred with counsel for all of the other parties in this litigation, and none object to the requested dismissal.

WHEREFORE, the Dream Defenders Plaintiffs respectfully request pursuant to Fed. R. Civ. P. 41(a)(2) that, with the exception claim 14 in their More

Definite Statement (ECF No. 68, Case No. 1:20-cv-67-RH), this Court dismiss their claims with prejudice, and that this Court dismiss claim 14 with prejudice as to the State Defendants and without prejudice as to all other defendants in Case No. 1:20-cv-67-RH.

Respectfully Submitted,

| | |
|---|---|
| Dated: July 20, 2020 | *s/Stuart C. Naifeh* |
| JUDITH A. BROWNE DIANIS** | JEREMY KARPATKIN |
| GILDA DANIELS* | JOCELYN WIESNER* |
| SHARION SCOTT* | FLORENCE BRYAN* |
| JESS UNGER** | WILLIAM OMOROGIEVA* |
| JENNIFER LAI-PETERSON** | JUNGHYUM BAEK* |
| Advancement Project National Office | Arnold and Porter Kaye Scholer LLP |
| 1220 L Street N.W., Suite 850 | 601 Massachusetts Ave., NW |
| Washington, D.C. 20005 | Washington, D.C. 20001-3743 |
| (202) 728-9557 | (202) 942-5000 |
| jbrowne@advancementproject.org | John.Freedman@arnoldporter.com |
| gdaniels@advancementproject.org | Jeremy.Karpatkin@arnoldporter.com |
| junger@advancementproject.org | |
| sscott@advancementproject.org | Jocelyn.Wiesner@arnoldporter.com |
| jlaipeterson@advancementproject.org | Florence.Bryan@arnoldporter.com |
| | William.Omorogieva@arnoldporter.com |
| CHIRAAG BAINS* | Junghyun.Baek@arnoldporter.com |
| Dēmos | |
| 740 6th Street NW, 2nd Floor | JEFFREY A. MILLER* |
| Washington, DC 20001 | KATIE SCOTT* |
| (202) 864-2746 | Arnold and Porter Kaye Scholer LLP |
| cbains@demos.org | 3000 El Camino Road |
| | Five Palo Alto Square, Suite 500 |
| STUART C. NAIFEH* | Palo Alto, CA 94306-3807 |
| KATHRYN C. SADASIVAN* | (650) 319-4500 |
| MIRANDA GALINDO* | Jeffrey.Miller@arnoldporter.com |
| EMERSON GORDON-MARVIN* | |
| Dēmos | THOMAS BIRD** |
| | JAVIER ORTEGA* |

80 Broad St, 4th Floor
New York, NY 10004
(212) 485-6055
snaifeh@demos.org
ksadasivan@demos.org
mgalindo@demos.org
egordonmarvin@demos.org

KIRA ROMERO-CRAFT
(FL SBN 49927)
LatinoJustice PRLDEF
523 West Colonial Drive
Orlando, Florida 32804
(321) 418-6354
kromero@latinojustice.org

RANCISCA FAJANA*
JACKSON CHIN*
LatinoJustice PRLDEF
475 Riverside Drive, Suite 1901
New York, NY 10115
(212) 739-7572
ffajana@latinojustice.org
jchin@latinojustice.org

Arnold and Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019-9710
(212) 836-8000
Thomas.Bird@arnoldpoter.com
Javier.Ortega@arnoldporter.com

ANDREW D. BERGMAN*
Arnold and Porter Kaye Scholer LLP
700 Louisiana Street
Suite 4000
Houston, TX 77002
(713) 576-2400
Andrew.Bergman@arnoldporter.com

JOHN ULIN*
TroyGould PC
1801 Century Park East
Suite 1600
Los Angeles, CA 90067
(310) 553-4441
julin@troygould.com

*Attorneys for Plaintiffs*

*\* admitted pro hac vice*

*\*\* application for admission pro hac vice forthcoming*

# CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

The undersigned counsel for the Dream Defenders Plaintiffs certifies that counsel has communicated in good faith with all counsel in this consolidated action, and the State Defendants, the Defendant Intervenors, and approximately 60 Supervisors of Elections do not oppose this motion, and no party has raised any objection to this motion.

The undersigned counsel further certifies pursuant to Local Rule 7.1(F) that this motion contains 270 words.

*s/Stuart C. Naifeh*
Stuart C. Naifeh

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which provides notice to all parties, on this 18th day of July, 2020.

*s/Stuart C. Naifeh*
Stuart C. Naifeh