IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KIRK NIELSEN *et al.*,

    Plaintiffs,

v.

RON DESANTIS, in his official as
Governor of the State of Florida, *et al.*,

    Defendants.
_____/

CONSOLIDATED CASES
Case No. 4:20-cv-00236-RH-MJF

## PLAINTIFF-INTERVENORS' MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff-Intervenors, DEBORAH C. GRUBB, DOUGLAS E. HALL, CARL F. MCCOY, JAMES K. KRACHT, DOLOR GINCHEREAU, and the FLORIDA COUNCIL OF THE BLIND, by and through the undersigned counsel, and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and the parties Settlement Agreement, hereby respectfully requests this Court enter an order dismissing this action with prejudice all claims they asserted against any party to the Litigation, and states as follows:

1. On June 10, 2020, this Court granted leave to intervene and deemed filed Intervenors Complaint in this case [DE - 216].

2. On July 31, 2020, the parties reached a settlement agreement, and pursuant to the settlement agreement, "pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs will file in the Litigation a motion for voluntary dismissal with prejudice of all claims they asserted against any party to the Litigation. It is the intent of the Parties—and Plaintiffs' motion will request—that the Court not retain continuing jurisdiction to enforce this Agreement, or for any other purpose.

3. As such Plaintiff-Intervenors move to dismiss all claims they asserted against any party to the Litigation voluntarily.

4. The requested dismissal is according to the terms of the settlement agreement between the Plaintiff-Intervenors and all Defendants, and the Court will not retain continuing jurisdiction to enforce this Agreement, or for any other purpose.

5. Plaintiff-Intervenors have agreed with all Defendants to the relief sought herein.

**WHEREFORE**, intervenors, DEBORAH C. GRUBB, DOUGLAS E. HALL, CARL F. MCCOY, JAMES K. KRACHT, DOLOR GINCHEREAU, and the FLORIDA COUNCIL OF THE BLIND, INC., respectfully request this Court to dismiss all claims they asserted against any party to the Litigation with prejudice, and the Court will not retain continuing jurisdiction to enforce this Agreement, or for any other purpose.

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(B), the undersigned counsel has communicated in good faith with counsel for all Defendants, and the State Defendants and all have agreed to the relief requested herein.

> By:  s/ *Matthew W. Dietz*
> Matthew W. Dietz, Esq.
> Florida Bar No. 84905

## CERTIFICATION OF WORD COUNT

**I HEREBY CERTIFY,** pursuant to Northern District of Florida Local Rule 7.1(F), that this motion contains approximately 299 words.

> By:  s/ *Matthew W. Dietz*
> Matthew W. Dietz, Esq.
> Florida Bar No. 84905

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 4, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all parties and counsel of record in the herewith service list, or in some other authorized manner for those counsel or parties who are not authorized to receive notices electronically.

> By: s/ *Matthew W. Dietz*
> MATTHEW W. DIETZ, ESQ.
> Florida Bar No.: 00849
> DISABILITY INDEPENDENCE GROUP, INC.
> 2990 Southwest 35th Avenue
> Miami, Florida 33133
> Tel: (305) 669-2822
> Fax: (305) 442-4181
> Mdietz@justDIGit.org
> aa@justdigit.org